1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  MELVIN WARREN RIVERS
    Booking No. 45526-298,

13                                        Plaintiff,

14  v.

15  SAN DIEGO COUNTY; ALESSANDRA
16  SERANO; VINCENT BALES,

17                                        Defendants.

18

19

Case No.:  3:20-cv-0792-GPC-AGS

**ORDER DISMISSING CIVIL
ACTION WITHOUT PREJUDICE
FOR FAILING TO PAY
FILING FEE REQUIRED
BY 28 U.S.C. § 1914(a) AND/OR
FAILING TO MOVE TO PROCEED
IN FORMA PAUPERIS
PURSUANT TO
28 U.S.C. § 1915(a)**

20       MELVIN WARREN RIVERS ("Plaintiff"), currently incarcerated at the Federal

21  Correctional Institution located in Mendota, California, and proceeding pro se, has filed a

22  civil action ("Compl.") (ECF No. 1).

23  **I.     Failure to Pay Filing Fee or Request IFP Status**

24       All parties instituting any civil action, suit or proceeding in a district court of the

25  United States, except an application for writ of habeas corpus, must pay a filing fee of

26

27

1

$400. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). However, if the Plaintiff is a prisoner, and even if he is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed. See 28 U.S.C. § 1915(b)(1) & (2*); Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Plaintiff has not prepaid the $400 in filing and administrative fees required to commence this civil action, nor has he submitted a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). Therefore, his case cannot yet proceed.  See 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

## II.    Conclusion and Order

For the reasons set forth above, the Court hereby:

(1)    **DISMISSES** this action sua sponte without prejudice for failure to pay the $400 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2)    **GRANTS** Plaintiff **forty-five (45)** days leave from the date this Order is filed to: (a) prepay the entire $400 civil filing and administrative fee in full; or (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint.  See 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2(b).

---

[1]  In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2014). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. Id.

3:20-cv-0792-GPC-AGS

1  **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff

2  with this Court's approved form "Motion and Declaration in Support of Motion to

3  Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $400 civil filing fee or

4  complete and submit the enclosed Motion to Proceed IFP within 45 days, this action will

5  remain dismissed without prejudice based on Plaintiff's failure to satisfy 28 U.S.C.

6  § 1914(a)'s fee requirements and without further Order of the Court.

7  **IT IS SO ORDERED.**

8  Dated:  April 30, 2020

       Hon. Gonzalo P. Curiel

9         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27